**Billy LIPPS, Plaintiff–Appellant,**

v.

**Terry STEWART, Director, Adoc; et al., Defendants–Appellees.**

No. 02–16333.

D.C. No. CV–98–00543–PGR.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 17, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

MEMORANDUM**

Arizona state prisoner Billy Lipps appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir. 2003), and we affirm.

The district court properly dismissed Lipps' action for failing to exhaust administrative remedies prior to filing his original complaint. *See McKinney v. Carey,* 311 F.3d 1198, 1199–1200 (9th Cir.2002) (per curiam) (joining eight other circuits in holding that 42 U.S.C. § 1997(e) requires exhaustion before the filing of a complaint).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.